■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTONIO RAMOS, Appellant. [658 NYS2d 885] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Starkey, J.), rendered February 24, 1995, convicting him of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence *(see,* CPL 470.15 [5]).

Contrary to the defendant's contention, the trial court correctly applied the three-step analysis in addressing the prosecutor's reverse-*Batson* application *(see, Batson v Kentucky,* 476 US 79; *People v Payne,* 88 NY2d 172; *People v Richie,* 217 AD2d 84). Additionally, closure of the courtroom during the testimony of the undercover officers was proper *(see, People v Martinez,* 82 NY2d 436; *People v Kin Kan,* 78 NY2d 54; *People v Monroig,* 223 AD2d 730; *People v Feliciano,* 228 AD2d 519; *People v Dorcas,* 218 AD2d 813).

The defendant's remaining contentions are without merit. Bracken, J. P., Ritter, Sullivan and Pizzuto, JJ., concur.